UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERRICK LANG HUNTER,<br><br>        Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>        Respondent. | NO. C12-5517 RBL/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

Before the Court is Petitioner's Motion for Extension of Time to File Reply Brief. ECF No. 15. Petitioner requests a 60 day extension of time in which to file his brief in response to Respondent's answer. *Id.* Respondent does not object to the 60 day extension. ECF No. 16.

Accordingly, it is **ORDERED:**

(1) Petitioner's Motion for Extension of Time (ECF No. 15) is **GRANTED.**

(2) Petitioner's response to Respondent's answer shall be due on **October 15, 2012.** Respondent may file and serve a reply brief not later than **October 18, 2012.** The Clerk will note the matter for consideration on **October 19, 2012.**

(3) The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this   29th   day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1